David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re:<br>KURT VINCENT COOPER<br>MEGAN MARIE COOPER,<br>Debtor(s) | Bankruptcy No. 09-20721<br>(Chapter 7)<br>Judge Joel T. Marker |
|---|---|



## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
|  | GE Money Bank<br>Care of Recovery Management<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $3.48 |

A check in the amount of $3.48 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ___ day of September, 2010

DAVID L. MILLER
Chapter 7 Trustee